Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice forthcoming*)
Christine A. Montenegro (*pro hac vice forthcoming*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MLW MEDIA LLC, | ) | CASE NO. 3:22-cv-00179 |
|  | ) |  |
| Plaintiff, | ) | **DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(a)]** |
|  | ) |  |
| v. | ) |  |
|  | ) | **JURY TRIAL DEMANDED** |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff MLW Media LLC ("MLW") hereby certifies that MLW is a wholly-owned subsidiary of its parent corporation, MLW LLC.

Dated: January 11, 2022             Respectfully submitted,

                                    /s/ *Jason S. Takenouchi*
                                    Jason S. Takenouchi (CBN 234835)

**DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(a)]**

**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
JTakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice forthcoming*)
Christine A. Montenegro (*pro hac vice forthcoming*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

2
**DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(a)]**