Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice forthcoming*)
Christine A. Montenegro (*pro hac vice forthcoming*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 22-cv-00179-KAW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| WORLD WRESTLING ENTERTAINMENT, INC., | Action Filed: January 11, 2022 |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2022 true and correct copies of the documents listed below were served on defendant World Wrestling Entertainment, Inc., on consent, via electronic mail to its counsel, Jerry McDevitt, at the following electronic mail address: Jerry.McDevitt@klgates.com.

1. Summons (Issued) [ECF No. 7]
2. Complaint (Redacted) [ECF No. 1]
3. Rule 7.1 Disclosure Statement by MLW Media LLC [ECF No. 3]
4. Plaintiff's Administrative Motion to Seal Portions of the Complaint, Declaration of Sarah Z. Bauer in Support of Plaintiff's Administrative Motion to Seal Portions of the Complaint, [Proposed] Order Regarding Plaintiff's Administrative Motion to Seal Portions of the Complaint, Exhibit #1 - Redacted Complaint [ECF No. 4]
5. Exhibit #2 - Unredacted Complaint [Filed Under Seal]
6. Order Setting Initial Case Management Conference and ADR Deadlines [ECF No. 6]
7. Notice of Assignment of Case to a United States Magistrate Judge for Trial
8. Standing Order for Magistrate Judge Kandis A. Westmore
9. Standing Order - Contents of Joint Case Management Statement
10. ECF Registration Information Handout

I declare that I am over the age of 18 years and not a party to this action, that I am employed in the County of San Francisco, that I a member of the Bar of the State of California and a partner with the law firm Kasowitz Benson Torres LLP, 101 California Street, Suite 3000, San Francisco, California 94111, and I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 14, 2022 in San Francisco, California.

*/s/ Jason S. Takenouchi*
Jason S. Takenouchi (CBN 234835)