

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Jerry S. McDevitt, Esq.

#### DATE OF ADMISSION

*December 17, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 9, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk