Daniel W. Fox (SBN 268757)
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA  94103
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220
daniel.fox@klgates.com

Jerry S. McDevitt (*pro hac vice pending*)
K&L GATES LLP
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone:  (412) 355-8608
jerry.mcdevitt@klgates.com

Christopher S. Finnerty (*pro hac vice pending*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3123
christopher.finnerty@klgates.com

Derek W. Kelley (*pro hac vice pending*)
K&L GATES LLP
 K&L Gates LLP
1601 K St. NW #1
Washington, D.C. 20006
Telephone: (202) 778-9467
derek.kelley@klgates.com


*Counsel for Defendant*
World Wrestling Entertainment, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>             Defendant. | Case No.    5:22-cv-00179-EJD<br><br>**NOTICE OF APPEARANCE OF K&L GATES LLP** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jerry S. McDevitt, Christopher S. Finnerty, Derek W. Kelley, and Daniel W. Fox of K&L Gates LLP enter their appearances on behalf of Defendant World Wrestling Entertainment, Inc.  By filing this Notice of Appearance, World Wrestling Entertainment, Inc. does not waive any arguments they may have as to jurisdiction or venue.

K&L GATES LLP

Dated: March 10, 2022     By:  /s/ *Daniel W. Fox*

Daniel W. Fox
*Attorney for Defendant*
World Wrestling Entertainment, Inc.

K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA  94103
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220
daniel.fox@klgates.com

Jerry S. McDevitt (*pro hac vice pending*)
K&L GATES LLP
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone:  (412) 355-8608
jerry.mcdevitt@klgates.com

Christopher S. Finnerty (*pro hac vice pending*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3123
christopher.finnerty@klgates.com

Derek W. Kelley (*pro hac vice pending*)
K&L GATES LLP
K&L Gates LLP
1601 K St. NW #1
Washington, D.C. 20006
Telephone: (202) 778-9467
derek.kelley@klgates.com

**NOTICE OF APPEARANCE – 5:22-CV-00179-EJD**