1  Daniel W. Fox (SBN 268757)
   K&L GATES LLP
2  Four Embarcadero Center
   Suite 1200
3  San Francisco, CA  94103
   Telephone: (415) 882-8200
4  Facsimile:  (415) 882-8220
   daniel.fox@klgates.com
5
   Jerry S. McDevitt (*pro hac vice pending*)
6  K&L GATES LLP
   210 Sixth Ave.
7  Pittsburgh, PA 15222
   Telephone:  (412) 355-8608
8  jerry.mcdevitt@klgates.com
9  Christopher S. Finnerty (*pro hac vice pending*)
   K&L GATES LLP
10 State Street Financial Center
   One Lincoln Street
11 Boston, MA 02111
   Telephone:  (617) 261-3123
12 christopher.finnerty@klgates.com
13 Derek W. Kelley (*pro hac vice pending*)
   K&L GATES LLP
14 K&L Gates LLP
   1601 K St. NW #1
15 Washington, D.C. 20006
   Telephone: (202) 778-9467
16 derek.kelley@klgates.com
17 *Counsel for Defendant*
   World Wrestling Entertainment, Inc.
18
19                **UNITED STATES DISTRICT COURT**

20             **NORTHERN DISTRICT OF CALIFORNIA**

21                    **SAN JOSE DIVISION**

22 MLW MEDIA LLC,                        | **Case No. 5:22-cv-00179-EJD**

23                Plaintiff,             | **CORPORATE DISCLOSURE**
                                         | **STATEMENT**
24       v.

25 WORLD WRESTLING
   ENTERTAINMENT, INC.,
26
27                Defendant.

28

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant World Wrestling Entertainment, Inc. states that it is a publicly traded corporation with no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: March 15, 2022          K&L GATES LLP

By: *Christopher S. Finnerty*

Daniel W. Fox (SBN 268757)
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA  94103
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220
daniel.fox@klgates.com

Jerry S. McDevitt (*pro hac vice pending*)
K&L GATES LLP
210 Sixth Ave.
Pittsburgh, PA 15222
Telephone:  (412) 355-8608
jerry.mcdevitt@klgates.com

Christopher S. Finnerty (*pro hac vice pending*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone:  (617) 261-3123
christopher.finnerty@klgates.com

Derek W. Kelley (*pro hac vice pending*)
K&L GATES LLP
K&L Gates LLP
1601 K St. NW #1
Washington, D.C. 20006
Telephone: (202) 778-9467
derek.kelley@klgates.com

*Counsel for Defendant*
World Wrestling Entertainment, Inc.