| | |
|---|---|
| Daniel W. Fox (SBN 268757)<br>K&L GATES LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94103<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>daniel.fox@klgates.com<br><br>Jerry S. McDevitt (*pro hac vice pending*)<br>K&L GATES LLP<br>210 Sixth Ave.<br>Pittsburgh, PA 15222<br>Telephone: (412) 355-8608<br>jerry.mcdevitt@klgates.com<br><br>Christopher S. Finnerty (*pro hac vice pending*)<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone: (617) 261-3123<br>christopher.finnerty@klgates.com<br><br>Derek W. Kelley (*pro hac vice pending*)<br>K&L GATES LLP<br> K&L Gates LLP<br>1601 K St. NW #1<br>Washington, D.C. 20006<br>Telephone: (202) 778-9467<br>derek.kelley@klgates.com<br><br><br>*Counsel for Defendant*<br>World Wrestling Entertainment, Inc. | Jason S. Takenouchi (CBN 234835)<br>**Kasowitz Benson Torres LLP**<br>101 California Street, Suite 3000<br>San Francisco, California 94111<br>Telephone: (415) 421-6140<br>Fax: (415) 398-5030<br>JTakenouchi@kasowitz.com<br><br>Marc E. Kasowitz (*pro hac vice forthcoming*)<br>Christine A. Montenegro (*pro hac vice forthcoming*)<br>Nicholas A. Rendino (*pro hac vice forthcoming*)<br>**Kasowitz Benson Torres LLP**<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Fax: (212) 506-1800<br>mkasowitz@kasowitz.com<br>cmontenegro@kasowitz.com<br>nrendino@kasowitz.com<br><br>*Counsel for Plaintiff*<br>MLW Media LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　　Defendant. | Case No.   5:22-cv-00179-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE – 5:22-CV-00179-EJD**

311942104.1

## RECITALS

WHEREAS, Defendant World Wrestling Entertainment, Inc. ("WWE") filed is Motion to Dismiss (Dkt. 19) on March 15, 2022;

WHEREAS, the hearing on WWE's Motion to Dismiss is set for September 29, 2022.

WHEREAS, the parties agree to extend the briefing schedule to the following deadlines:

- Plaintiff MLW Media LLC's ("MLW['s]") Opposition to WWE's Motion to Dismiss is due April 22, 2022;
- WWE's Reply Brief in Support of Motion to Dismiss is due May 16, 2022;

WHEREAS, the hearing on Defendant's Motion to Dismiss under the extending briefing schedule will be more than 14 calendar days after WWE files its Reply Brief.

NOW, THEREFORE, the parties do further stipulate and agree as follows:

## STIPULATION

1. MLW's Opposition to Defendant's Motion to Dismiss is due on April 22, 2022.
2. WWE's Reply Brief in Support of Motion to Dismiss is due on May 16, 2022.

K&L GATES LLP

Dated: March 15, 2022     By: /s/ *Christopher S. Finnerty*

Daniel W. Fox
Jerry S. McDevitt (*pro hac vice pending*)
Christopher S. Finnerty (*pro hac vice pending*)
Derek W. Kelley (*pro hac vice pending*)
*Attorney for Defendant*
World Wrestling Entertainment, Inc.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE – 5:22-CV-00179-EJD**

311942104.1

|||
|---|---|
| | KASOWITZ BENSON TORRES LLP |
| Dated: March 15, 2022 | By: /s/ *Jason Takenouchi* |
| | Jason Takenouchi<br>Marc E. Kasowitz (*pro hac vice forthcoming*)<br>Christine Montenegro (*pro hac vice forthcoming*)<br>Nicholas A. Rendino (*pro hac vice forthcoming*) |
| | *Attorney for Plaintiff*<br>MLW Media LLC |

### [~~PROPOSED~~] ORDER

The parties' stipulation is approved. Plaintiff MLW Media LLC's Opposition to Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss is due on April 22, 2022. Defendant World Wrestling Entertainment, Inc.'s Reply Brief in Support of Motion to Dismiss is due on May 16, 2022.

DATED: March 16, 2022

_____
Edward J. Davila
United States District Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE – 5:22-CV-00179-EJD**

311942104.1