United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4   MLW Media LLC                          ,        Case No. 5:22-cv-00179-EJD

5              Plaintiff(s),

6          v.                                        **APPLICATION FOR ADMISSION OF**
                                                     **ATTORNEY PRO HAC VICE**
7   World Wrestling Entertainment, Inc.     ,        (CIVIL LOCAL RULE 11-3)

8              Defendant(s).

9

10      I, Nicholas A. Rendino         , an active member in good standing of the bar of

11   the State of New York          , hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing:  MLW Media LLC          in the

13   above-entitled action. My local co-counsel in this case is  Jason S. Takenouchi        , an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is:  234835          .

16   1633 Broadway, New York, NY 10019          101 California St, Ste. 3000, San Francisco, CA 94111

17   MY ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   (212) 506-1700                              (415) 421-6140
     MY TELEPHONE # OF RECORD                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19

20   NRendino@kasowitz.com                       JTakenouchi@kasowitz.com
     MY EMAIL ADDRESS OF RECORD                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is:  5216791     .

24      A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0      times in the 12 months

27   preceding this application.

28

1       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 03/16/2022                     /s/ Nicholas A. Rendino

                                                           APPLICANT

5

6

7

8                         ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Nicholas A. Rendino  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:  March 18, 2022

16

17   _____

18       HON. EDWARD J. DAVILA

        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California