Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 3:22-cv-00179 |
| Plaintiff, | **DECLARATION OF MARC E. KASOWITZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO WWE'S MOTION TO DISMISS** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | |

DECLARATION OF MARC E. KASOWITZ IN SUPPORT OF MLW'S OPPOSITION TO
WWE'S MOTION TO DISMISS
Case No. 5:22-cv-00179-EJD

I, **Marc E. Kasowitz,** declare as follows:

1. I am a member of the Bar of the State of New York, and a partner with the law firm Kasowitz Benson Torres LLP, counsel for Plaintiff MLW Media LLC. I submit this declaration in accordance with Northern District of California Local Rule 7-5.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. Attached hereto as Exhibit A is a true and accurate copy of the World Wrestling Entertainment, Inc., Annual Report (Form 10-K) for the year ended December 31, 2021, as filed with the Securities Exchange Commission on February 3, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 22, 2022.

_____/s/ Marc E. Kasowitz_____
Marc E. Kasowitz