# Exhibit A

5/16/22, 3:41 PM          Full List Of Over 80 WWE Releases So Far This Year - Wrestling Inc.

Case 5:22-cv-00179-EJD Document 36-1 Filed 05/16/22 Page 2 of 7



 

AD



# Full List Of Over 80 WWE Releases So Far This Year

By Raj Giri  |  @TheRajGiri  |  November 19, 2021

217 Comments



(Photo Credit: WWE)

AD

## RECENT NEWS

 Cody Rhodes Believes He Is The Best In The World "By A Large Margin"

 Cain Velasquez Denied Bail A Second Time

As previously reported, WWE released 8 talents this evening. WWE Head of Talent Relations John Laurinaitis sent out an email stating that John Morrison, Tegan Nox, Hit Row (Top Dolla, Isaiah "Swerve" Scott & Ashante "Thee" Adonis), Drake Maverick, Shane Thorne and Jaxson Ryker were released.

WWE has released over 80 talents so far this year. Below is a list of the talents that have been released in 2021:

**FEBRUARY**

– Lars Sullivan

– Steve Cutler

**MARCH**

– Andrade

**APRIL**

On April 15th, WWE announced their first set of mass releases of 2021. Of those released, Samoa Joe was eventually rehired. That list of talents released included:

– Samoa Joe
– Peyton Royce
– Bo Dallas
– Mickie James
– Billie Kay
– Chelsea Green

 Brandi Rhodes Opens Up About Her Priorities Following AEW Departure

 Eric Bischoff Believes CM Punk Has Been A Financial Flop For AEW

 Update On Ticket Sales For Tonight's WWE Raw

 Nikkita Lyons Comments On Her Split Leg Pin Fall Finisher Going Viral

 AAA Announces Their YouTube Channel Now Available Worldwide

 Bayley Shares Latest Tease On Social Media Amidst WWE Return Rumors

» Follow Wrestling Inc. On Twitch

5/16/22, 3:41 PM                                              Full List Of Over 80 WWE Releases So Far This Year - Wrestling Inc.

Case 5:22-cv-00179-EJD   Document 36-1   Filed 05/16/22   Page 3 of 7

– Kalisto

– Wesley Blake

– Tucker

**MAY**

On May 19th, WWE released several NXT talents and referees. A day later, it was revealed that The Velveteen Dream was also released. Below is a list of talents released in that batch:

– The Velveteen Dream

– Jessamyn Duke

– Vanessa Borne

– Skyler Story

– Ezra Judge

– Alexander Wolfe

– Kavita Devi

– Drake Wuertz (NXT referee)

– Jake Clemons (NXT referee)

At the end of May, it was revealed that Tom Phillips was released.

– Tom Phillips

**JUNE**

June saw two waves of WWE releases. The first wave on June 2nd was mostly main roster performers:

– Braun Strowman

– Aleister Black

– Lana

– Ruby Riott

– Buddy Murphy

– Santana Garrett

WWE then released 14 talents on June 25th, most of who were being utilized on NXT:

– Tino Sabbatelli

– Killian Dain

– The Bollywood Boyz (Sunil Singh, Samir Singh)

– Marina Shafir

– Arturo Ruas

– Curt Stallion

– Fandango

– Tyler Breeze

– Ever-Rise (Chase Parker, Matt Martel)

– Tony Nese

– Ariya Daivari

– August Grey

**JULY**

– Bray Wyatt

**AUGUST**

At the beginning of August, Wrestling Inc. exclusively reported that Ric Flair was granted his WWE release.

SPONSORED

|

TRENDING


Jimmy Uso Names WWE Star Who Will "Very Likely" Join The Bloodline


WWE Reportedly Has List Of Talent Approved To Get Haircut


Photo: Steve Blackman Spotted With The Hardys In Rare Public Appearance


Backstage News On MJF's AEW Contract Status


Jeff Hardy Has Collaborated With Danhausen To Create Spoof Of 'The Fiend'


Road Dogg On Why He Doesn't Believe New Age Outlaws Will Be In WWE HOF


Former WCW Announcer Trying To Block Ric Flair From Wrestling

AD

– Ric Flair.

Days later, WWE released 13 NXT and developmental talents:

– Bronson Reed
– Bobby Fish
– Leon Ruff
– Tyler Rust
– Jake Atlas
– Mercedes Martinez
– Asher Hale
– Giant Zanjeer
– Zechariah Smith
– Kona Reeves
– Ari Sterling
– Stephon Smith (NXT referee)
– Desmond Troy

**NOVEMBER**

WWE announced their largest set of releases so far of 2021 on November 4th, with 18 talents being let go:

– Keith Lee
– Mia Yim
– Nia Jax
– Eva Marie
– Karrion Kross
– Scarlett Boudreaux
– Gran Metalik
– Lince Dorado
– "B-Fab" Briana Brandy
– Harry Smith
– Oney Lorcan
– Franky Monet
– Ember Moon
– Trey Baxter
– Jessi Kamea
– Jeet Rama
– Zayda Ramier
– Katrina Cortez

As noted, earlier tonight WWE announced the release of the following 8 talents.

– John Morrison
– Tegan Nox
– Top Dolla
– Isaiah "Swerve" Scott
– Ashante "Thee" Adonis
– Drake Maverick
– Shane Thorne
– Jaxson Ryker

As of this writing, WWE has released 83 talents so far this year. Of those released, only Samoa Joe has returned to the promotion.

*Have a news tip or correction? Send it to* newstips@wrestlinginc.com

### PREVIOUS
Hit Row Members React To WWE Releases

### NEXT
Wrestling World Reacts To Latest Round Of WWE Releases

## SPONSORED STORIES

# Sign up for Wrestling Inc. Breaking News Alerts



Your email address…     Subscribe

By subscribing, you agree with Revue's Terms of Service and Privacy Policy.

 Follow Wrestling Inc. on Instagram.

Sponsored



AD

Big Girls Margot Crop Top and Pant, 2 Piece Set

$65

Big Girls Margot Crop Top and Pant, 2 Piece Set

Ad  Macy's                                    SHOP NOW

**Wrestling Inc. Comment Policy**

Our online forum is a place to share ideas in a public space with integrity and respect. Please read our Comment Policy before commenting.

**Earn badges on Wrestling Inc.!**

Badges are awarded for commenting, receiving upvotes, and other conditions established by the publisher. Awarded badges will be displayed next to your name in comments on this site and on your profile.

See the available badges

Comments for this thread are now closed

217 Comments    Wrestling Inc.    🔒 Disqus' Privacy Policy

♡ Favorite  2        Tweet       Share

**Scott Sandars** • 6 months ago

Someone could run a promotion with these names.. Anyone named Khan [...] do with the WWE

1      •  Share ›

**Dino_Bravo** • 6 months ago

If wwe set a budget let's say at 100 million for wrestlers contracts and wan[...] reason you are seeing all these cuts under the guise of budget cuts, sure s[...]

AD





Email Updates  |  Send News  |  Job Openings  |  Contact Us  |  Privacy Policy

© 2022 Webcapacity Incorporated. All Rights Reserved

5/16/22, 3:41 PM — Full List Of Over 80 WWE Releases So Far In 2021 - Wrestling Inc.

Case 5:22-cv-00179-EJD Document 36-1 Filed 05/16/22 Page 7 of 7