Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

DENIED
Judge Edward J. Davila
7/7/2022

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 5:22-cv-00179-EJD |
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SHORTEN TIME FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC. | Action Filed: January 11, 2022 |
| Defendant. | |

The Court, having considered Plaintiff MLW Media LLC's ("MLW") Motion To Shorten

---

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SHORTEN TIME FOR
THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-00179-EJD

Time For The Initial Case Management Conference, the Declaration of Jason S. Takenouchi ("Takenouchi Declaration") and Defendant's response, GRANTS Plaintiff's Motion. The Initial Case Management Conference is reset for September 29, 2022, at 11:00 a.m. The case schedule is amended as follows:

- September 8, 2022 – Last day for Parties to (1) Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and (2) file ADR Certification signed by Parties and Counsel

- September 15, 2022 – Last day for Parties to File Stipulation/Motion for Order Changing Time re Initial Case Management Conference

- September 19, 2022 – Last day for Parties to file Joint Case Management Statement, pursuant to the Court's Standing Order for Civil Cases IV(B)

- September 22, 2022 – Last day for Parties to file Rule 26(f) Report and complete Initial Disclosures or state objection in Rule 26(f) Report

- September 22, 2022 – Last day for Parties to File and Serve Administrative Request to Appear Telephonically at Initial Case Management Conference

- September 29 – Initial Case Management Conference

**IT IS SO ORDERED**

Dated: July 7, 2022

[DENIED stamp / Signature]
Hon. Edward J. Davila
United States District Judge

2
[[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SHORTEN TIME FOR
THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-00179-EJD