1  Daniel W. Fox (SBN 268757)
daniel.fox@klgates.com
2  Jerry S. McDevitt (*pro hac vice*)
jerry.mcdevitt@klgates.com
3  Christopher S. Finnerty (*pro hac vice*)
christopher.finnerty@klgates.com
4  Morgan T. Nickerson (*pro hac vice*)
morgan.nickerson@klgates.com
5  Derek W. Kelley (*pro hac vice*)
derek.kelley@klgates.com
6  K&L GATES LLP
Four Embarcadero Center
7  Suite 1200
San Francisco, CA  94103
8  Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220
9
*Counsel for Defendant*
10 World Wrestling Entertainment, Inc.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 MLW MEDIA LLC,                          Case No: 5:22-cv-00179-EJD

15               Plaintiff,               **DECLARATION OF CHRISTOPHER S.
                                          FINNERTY REGARDING DEFENDANT'S**
16      v.                                **CONCURRENCE IN FILING ADR
                                          CERTIFICATION**
17 WORLD WRESTLING ENTERTAINMENT,
   INC.,
18
               Defendant.
19

20

21

22

23

24

25

26

27

28

## **DECLARATION**

I, Christopher S. Finnerty, hereby declare as follows:

1.      I am a partner at K&L Gates, LLP, counsel for Defendant World Wrestling Entertainment, Inc. in this case. I make this declaration based on personal knowledge unless otherwise noted herein, and, if called upon to do so, I could and would testify competently thereto.

2.      I am the EFC User whose ID and password are being used to file defendant's ADR Certification of Parties and Counsel.

3.      Pursuant to Civ. L.R. 5-1(h)(3), I attest that defendant WWE, Inc. concurs in the service and filing of plaintiff's ADR Certification of Parties and Counsel, which has been filed concurrently with this attestation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 2, 2022 in Boston, Massachusetts.

K&L GATES LLP

Dated:   December 2, 2022          By:   */s/ Christopher S. Finnerty*
                                          Daniel W. Fox
                                          Jerry S. McDevitt
                                          Christopher S. Finnerty
                                          Morgan T. Nickerson
                                          Derek W. Kelley

                                          *Counsel for Defendant*
                                          World Wrestling Entertainment, Inc.

DEFENDANT'S INITIAL DISCLOSURES                                    CASE NO. 5:22-CV-00179

## PROOF OF SERVICE

I am employed in the county of Suffolk County, Commonwealth of Massachusetts.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 1 Lincoln St., Boston, MA 02111.

**DEFENDANT'S CONCURRENCE IN FILING ADR CERTIFICATION**

On December 2, 2022, I served the foregoing document, on all interested parties in this action as follows:

☒    **BY ELECTRONIC SERVICE:**  I caused such document(s) to be uploaded to the Court's Electronic Case Filing System and Served pursuant to CCP § 1010.6, CRC 2060 and Local Rule 5-1(g).

☒    **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 2, 2022, at San Francisco, California.

*/s/ Christopher S. Finnerty*
Christopher S. Finnerty