Daniel W. Fox (SBN 268757)
daniel.fox@klgates.com
Jerry S. McDevitt (*pro hac vice*)
jerry.mcdevitt@klgates.com
Christopher S. Finnerty (*pro hac vice*)
christopher.finnerty@klgates.com
Morgan T. Nickerson (*pro hac vice*)
morgan.nickerson@klgates.com
Derek W. Kelley (*pro hac vice*)
derek.kelley@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA  94103
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

*Counsel for Defendant*
World Wrestling Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MLW MEDIA LLC, | Case No. 5:22-cv-00179-EJD |
| Plaintiff, | **DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | |

**DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.  The undersigned further certifies that World Wrestling Entertainment, Inc. is a publically traded corporation with no parent corporation and that no publically held corporation owns ten percent or more of its stock.

Dated:  December 2, 2022             K&L GATES LLP

                                     By: *Christopher S. Finnerty*


                                     Daniel W. Fox (SBN 268757)
                                     daniel.fox@klgates.com
                                     Jerry S. McDevitt (*pro hac vice*)
                                     jerry.mcdevitt@klgates.com
                                     Christopher S. Finnerty (*pro hac vice*)
                                     christopher.finnerty@klgates.com
                                     Morgan T. Nickerson (*pro hac vice*)
                                     morgan.nickerson@klgates.com
                                     Derek W. Kelley (*pro hac vice*)
                                     derek.kelley@klgates.com
                                     K&L GATES LLP
                                     Four Embarcadero Center
                                     Suite 1200
                                     San Francisco, CA  94103
                                     Telephone: (415) 882-8200
                                     Facsimile:  (415) 882-8220


                                     *Counsel for Defendant*
                                     World Wrestling Entertainment, Inc.