# EXHIBIT B

**From:** Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Sent:** Thursday, September 22, 2022 9:55 AM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Jerry.McDevitt@klgates.com; Derek.Kelley@klgates.com; Morgan.Nickerson@klgates.com
**Subject:** RE: MLW v. WWE - Rule 26(f) Conference

Hi Nick,

How about 2PM EST on 10/6?

Best,

Chris

**Christopher S. Finnerty**
Global Head of Competition
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: 617.261.3123
Fax: 617.261.3175
chris.finnerty@klgates.com
www.klgates.com

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Wednesday, September 21, 2022 5:20 PM
**To:** Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>
**Subject:** MLW v. WWE - Rule 26(f) Conference

Chris,

As you know, the parties are required to hold their Rule 26(f) conference "as soon as practicable" after the case is filed, and at the latest by October 6.  We are available all day on October 5 or before 4:30 p.m. ET on October 6.  Please let us know if there is a time during those days that works for you.

Regards,
Nick

Nicholas A. Rendino
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 542-4727
Fax.  (212) 500-3492
nrendino@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.