# EXHIBIT H

**From:** "Nicholas A. Rendino" <nrendino@kasowitz.com>
**Date:** December 14, 2022 at 8:12:31 PM EST
**To:** "Nickerson, Morgan T." <Morgan.Nickerson@klgates.com>
**Cc:** "Christine A. Montenegro" <CMontenegro@kasowitz.com>, "Jason S. Takenouchi" <JTakenouchi@kasowitz.com>, "McDevitt, Jerry" <Jerry.McDevitt@klgates.com>, "Kelley, Derek W." <Derek.Kelley@klgates.com>, "Finnerty, Christopher S." <Chris.Finnerty@klgates.com>
**Subject: Re: MLW v. WWE - Draft Protective Order and ESI Protocol**

Morgan,

Given the outstanding issues with the proposed protective order and the ESI protocol, as well as the lack of consideration of our proposed protocols for expert and fact discovery, we would like to schedule a meet and confer to see if we can narrow the issues before seeking the court's intervention.

Would you be available for a call <u>on Monday (12/19)</u> after <u>1pm</u> or <u>Tuesday (12/20) between 10:30 and 3:00</u>?

Thanks,

Nick

> On Dec 13, 2022, at 4:26 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:
>
> **ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**
>
> Nick,

1

Attached please find my client's further edits and comments to the draft protective order and draft ESI protocol.  Kindly let me know if you have any questions or concerns with the same.

Best regards,
Morgan



**Morgan T. Nickerson**
Partner
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T-617.261.3134
F-617.261.3175
morgan.nickerson@klgates.com
www.klgates.com


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.
<DRAFT_ESI_Protocol WWE 12-13-2022 Edits.DOCX>
<DRAFT__Proposed_Protective_Order WWE Edits.DOCX>