# EXHIBIT I

**From:** Kelley, Derek W. <Derek.Kelley@klgates.com>
**Sent:** Tuesday, January 3, 2023 11:55 AM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** RE: MLW v. WWE - Draft Protective Order and ESI Protocol

Nick – Apologies for the delay. Attached are our revisions to the draft protective order and ESI protocol.

Best,
Derek



**Derek Kelley**
Partner
K&L Gates LLP
1601 K St. NW #1
Washington, D.C. 20006
Phone: 202-778-9467
Fax: 202-778-9100
Derek.Kelley@klgates.com
www.klgates.com

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Tuesday, January 3, 2023 10:54 AM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** RE: MLW v. WWE - Draft Protective Order and ESI Protocol

Morgan,

Following up on the emails below and on our outstanding request from our December 19 meet and confer, you promised edits to the Protective Order and ESI Protocol by last Wednesday (January 28).  Please advise on when we can expect them.

Best,

Nick

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Friday, December 23, 2022 1:50 PM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** RE: MLW v. WWE - Draft Protective Order and ESI Protocol

Hi Nick,

As expected, the holiday schedule slowed things down a bit on our end. Nonetheless, we expect to have revisions to the protective order to you by Wednesday of next week at the latest.

Best,
Morgan

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Friday, December 23, 2022 12:01 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** Re: MLW v. WWE - Draft Protective Order and ESI Protocol

Morgan and Derek,

Following up on our discussions, can you please let us know when we can expect edits to the Protective Order?

Regards,
Nick

> On Dec 20, 2022, at 10:22 AM, Nicholas A. Rendino <nrendino@kasowitz.com> wrote:
>
> Hi Morgan and Derek:
>
> Following up on our meet and confer yesterday, attached please find our edits to the ESI Protocol. Please also let us know when we can expect edits to the Protective Order.
>
> Regards,
> Nick
>
> **From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
> **Sent:** Thursday, December 15, 2022 1:53 PM
> **To:** Nicholas A. Rendino <nrendino@kasowitz.com>
> **Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Kelley, Derek W.

<Derek.Kelley@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** RE: MLW v. WWE - Draft Protective Order and ESI Protocol

Hi Nick,

Monday at 2pm est works for us.  Will you be circulating a dial in or would you like me to circulate one?

Best,
Morgan

---

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Wednesday, December 14, 2022 8:13 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>
**Subject:** Re: MLW v. WWE - Draft Protective Order and ESI Protocol

Morgan,

Given the outstanding issues with the proposed protective order and the ESI protocol, as well as the lack of consideration of our proposed protocols for expert and fact discovery, we would like to schedule a meet and confer to see if we can narrow the issues before seeking the court's intervention.

Would you be available for a call on Monday (12/19) after 1pm or Tuesday (12/20) between 10:30 and 3:00?

Thanks,

Nick

Nicholas A. Rendino
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 542-4727
Fax.  (212) 500-3492
nrendino@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

> On Dec 13, 2022, at 4:26 PM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:
>
> **ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**
>
> Nick,
>
> Attached please find my client's further edits and comments to the draft protective order and draft ESI protocol.  Kindly let me know if you have any questions or concerns with the same.
>
> Best regards,
> Morgan
>
> **K&L GATES**
>
> **Morgan T. Nickerson**
> Partner
> K&L Gates LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111
> T-617.261.3134
> F-617.261.3175
> morgan.nickerson@klgates.com
> www.klgates.com
>
> This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.
> <DRAFT_ESI_Protocol WWE 12-13-2022 Edits.DOCX>
> <DRAFT__Proposed_Protective_Order WWE Edits.DOCX>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.
<DRAFT_ESI_Protocol (KBT 12.20 edits).DOCX>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Derek.Kelley@klgates.com.