# Exhibit B

| | |
|---|---|
| **From:** | Nicholas A. Rendino |
| **To:** | Nickerson, Morgan T. |
| **Cc:** | Kelley, Derek W.; Christine A. Montenegro; Jason S. Takenouchi; Finnerty, Christopher S.; McDevitt, Jerry |
| **Subject:** | RE: MLW v. WWE - First Set of Requests For Production |
| **Date:** | Tuesday, January 3, 2023 10:24:16 AM |

**External Sender:**

Hi Morgan,

Thanks, and same to you.

Yes, we are available from 2:00 pm EST to 6:00 pm EST. If that works, please feel free to circulate an invite and dial in.

Best,
Nick

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, January 3, 2023 10:22 AM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Kelley, Derek W. <Derek.Kelley@klgates.com>; Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Hi Nick,

Happy 2023 - I hope you had a great holiday season.

11:30 est tomorrow does not work. Do you have any availability after 2pm est?

Best,
Morgan

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Thursday, December 29, 2022 6:58 AM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Kelley, Derek W. <Derek.Kelley@klgates.com>; Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** Re: MLW v. WWE - First Set of Requests For Production

Morgan,

We are available after 11:30 a.m. ET on 1/4.  If there is a time that works for your team, please feel free to circulate an invite.

Thanks,
Nick

> On Dec 28, 2022, at 8:13 AM, Nickerson, Morgan T. <Morgan.Nickerson@klgates.com> wrote:
>
> Hi Nick,
>
> That time slot does not work.  I'm OOO on Thursday and Friday.  Are there times slots that work for you on 1/3 or 1/4?
>
> Best,
> Morgan

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Tuesday, December 27, 2022 11:55 AM
**To:** Kelley, Derek W. <Derek.Kelley@klgates.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Derek,

We are available between 12:30 and 4:00 pm ET on Wednesday.   We would also like to meet and confer regarding your discovery responses.  Please let us know if those time frames work and, if so, feel free to circulate an invite and dial in.

Thanks,
Nick

**From:** Kelley, Derek W. <Derek.Kelley@klgates.com>
**Sent:** Friday, December 23, 2022 6:47 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>;

McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Nick,

Attached, please find WWE's Responses and Objections to MLW's First Set of Requests for Production.

As you will see, WWE objected to many of the requests based on the fact that discovery is not yet open in this case. It is our position that discovery does not open until the Court rules on the motion to dismiss. WWE intends to file a motion for protective order allowing WWE not to collect, review, or produce documents in response to these requests until the Court rules on the pending motion.

We assume that your client will not stipulate to this stay and that a motion is necessary. Nonetheless, the parties are required to engage in a meet and confer and would like to schedule one for next week. Please let us know your availability on Tuesday or Wednesday for the meet and confer.

Best Holiday Wishes,
Derek



**Derek Kelley**
Partner
K&L Gates LLP
1601 K St. NW #1
Washington, D.C. 20006
Phone: 202-778-9467
Fax: 202-778-9100
Derek.Kelley@klgates.com
www.klgates.com

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Friday, November 4, 2022 12:57 PM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Nick,

My client is agreeable to the below.  Obviously, should the Court issue a ruling in the meantime whether via the motion to dismiss, the CMC, or otherwise, my client reserves its right to act in accordance with the Court's rulings.

Kindly let me know if you have any questions.

Best,
Morgan

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Friday, November 04, 2022 9:49 AM
**To:** Kelley, Derek W. <Derek.Kelley@klgates.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Derek,

Following up on our meet and confer, we will agree to your request of a 5 week extension until December 23 for WWE to respond to MLW's First Set of Requests for Production ("Requests") on the condition that WWE agrees not to move to stay discovery prior to responding to the Requests.  Let us know if you agree.

Regards,
Nick

**From:** Kelley, Derek W. <Derek.Kelley@klgates.com>
**Sent:** Friday, November 4, 2022 9:20 AM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Nick,

We are writing to follow up on our meet and confer held on Wednesday, November 2.  You had said that you needed to confer with your client whether you could agree to extend our deadline to respond to the RFPs to December 23.

Please let us know as soon as possible whether your client has consented to the extension.

Best Regards,
Derek


K&L Gates LLP

Derek Kelley
Associate
K&L Gates LLP
1601 K St. NW #1

Washington, D.C. 20006
Phone: 202-778-9467
Fax: 202-778-9100
Derek.Kelley@klgates.com
www.klgates.com


-------- Original Message --------
From: "Nicholas A. Rendino" <nrendino@kasowitz.com>
Date: Wed, October 26, 2022 3:30 PM -0400
To: "Nickerson, Morgan T." <Morgan.Nickerson@klgates.com>
CC: "Christine A. Montenegro" <CMontenegro@kasowitz.com>, "Jason S. Takenouchi" <JTakenouchi@kasowitz.com>, "Finnerty, Christopher S." <Chris.Finnerty@klgates.com>, "Kelley, Derek W." <Derek.Kelley@klgates.com>, "McDevitt, Jerry" <Jerry.McDevitt@klgates.com>
Subject: RE: MLW v. WWE - First Set of Requests For Production

Morgan,

We are available next Wednesday after 11:30 ET for a meet and confer.  If there is a time that day that works for you folks, please feel free to circulate an invite and dial in.

Regards,
Nick

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Wednesday, October 26, 2022 2:01 PM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>;

Kelley, Derek W. <Derek.Kelley@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

Hi Nick,

Thank you for your response and the offer of an extension until December 7 is appreciated. However, as indicated in our request, my client needs until December 23. If this is not acceptable, can you kindly let me know some times you are available to meet and confer on the issue?

Best,
Morgan

---

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Tuesday, October 25, 2022 2:22 PM
**To:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production


Morgan,

We are willing to agree to an extension of the deadline for WWE to respond to MLW's First Set of Requests for Production; however, we are only willing to agree to a three-week extension (to December 7). In the spirit of cooperation, we hope that your team will be willing to extend similar courtesies should we request an extension in the future, as WWE previously denied our own request for a brief six-day extension of the briefing schedule on WWE's planned motion to stay discovery on March 16.

Regards,
Nick

---

**From:** Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>
**Sent:** Tuesday, October 25, 2022 9:43 AM
**To:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>; Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; McDevitt, Jerry

<Jerry.McDevitt@klgates.com>
**Subject:** RE: MLW v. WWE - First Set of Requests For Production

**ALERT: THIS IS AN EXTERNAL EMAIL. DO NOT CLICK ON ANY LINK, ENTER A PASSWORD, OR OPEN AN ATTACHMENT UNLESS YOU KNOW THAT THE MESSAGE CAME FROM A SAFE EMAIL ADDRESS.**

Nick,

We would like to request an extension to December 23, 2022 to respond to MLW's First Set of Requests for Production. As you know, MLW served 47 RFPs, and it will take longer than 30 days for us to diligently review those requests and be in a position to respond to them. In addition, with the November holiday approaching, we anticipate requiring additional time to respond to the requests. Given that the Court rescheduled the CMC for December 15, 2022 and that disputes exist as to the discovery schedule, we do not believe that a 5-week extension would prejudice MLW.

Please let us know if you agree to the extension.

Of course, this communication is sent without prejudice to any and all objections that WWE may have to the requests or to the discovery schedule.

Sincerely,
Morgan

**From:** Nicholas A. Rendino <nrendino@kasowitz.com>
**Sent:** Monday, October 17, 2022 4:42 PM
**To:** Finnerty, Christopher S. <Chris.Finnerty@klgates.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; Nickerson, Morgan T. <Morgan.Nickerson@klgates.com>; McDevitt, Jerry <Jerry.McDevitt@klgates.com>
**Cc:** Christine A. Montenegro <CMontenegro@kasowitz.com>; Jason S. Takenouchi <JTakenouchi@kasowitz.com>
**Subject:** MLW v. WWE - First Set of Requests For Production

Morgan,

Attached please find MLW's First Set of Requests for Production.

Regards,
Nick


Nicholas A. Rendino
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 542-4727
Fax.  (212) 500-3492
nrendino@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Derek.Kelley@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Derek.Kelley@klgates.com.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may

be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please reply to me with this message.