UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC.,<br><br>　　　　　　Defendant. | Case No. 22-cv-00179-EJD (SVK)<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 53 |

Now pending before the Court are (1) the Parties' discovery letter brief, which is pending before the undersigned [Dkt. 53], (2) Defendant's Motion for a Protective Order [Dkt. 51] to stay discovery pending resolution of Defendant's Motion to Dismiss [Dkt. 19], and (3) Defendant's Administrative Motion for a status conference [Dkt. 57], both of which are set before the Honorable Edward Davila, the presiding district court judge. On December 13, 2022, Judge Davila issued the operative Case Management Order, which set September 29, 2023, as the fact discovery cutoff. Dkt. 49.

The discovery letter brief raises two issues (1) whether Defendant should be compelled to produce documents in response to Plaintiff's initial requests for production; and (2) how many custodians Defendants must identify and collect documents from under the Proposed Stipulated ESI Protocol. Dkt. 52. Both issues press, albeit indirectly, the same question pending before Judge Davila—whether discovery is stayed while Defendant's Motion to Dismiss [Dkt. 19] is pending. Accordingly, the Court **DENIES without prejudice** the Parties' requests in the joint letter brief until either Defendant's Motion for a Protective Order [Dkt. 51], Defendant's Administrative Motion for a status conference [Dkt. 57], or Defendant's Motion to Dismiss [Dkt. 19] is resolved, at which time the Parties may refile the joint discovery letter brief, if further

adjudication is needed.

**SO ORDERED.**

Dated: February 1, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge