Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 5:22-cv-00179-EJD |
| Plaintiff, | **DECLARATION OF SARAH Z. BAUER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE FIRST AMENDED COMPLAINT** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | Action Filed: January 11, 2022<br>First Amended Complaint: March 6, 2023 |

DECLARATION OF SARAH Z. BAUER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOT. TO SEAL PORTIONS OF THE FIRST AM. COMPLAINT

I, **SARAH Z. BAUER,** declare as follows:

1. I am General Counsel for plaintiff MLW Media LLC ("MLW"). I make this declaration based on personal knowledge, unless otherwise noted herein, and, if called upon to do so, I could and would testify competently thereto. I submit this declaration in support of MLW's request to seal the redacted portions of paragraphs 8, 62, 93, 94, 97, 108, 138, and 140 of the First Amended Complaint (the "Motion").

2. MLW entered into separate licensing agreements with third-parties in 2021, 2022, and 2023. Each of those licensing agreements contained a confidentiality clause, and the financial and other terms of each licensing agreement, and other non-public information about the parties to each agreement, were treated as confidential by the parties to each agreement. MLW has taken reasonable measures to keep this information confidential, including by restricting access to the terms of each agreement and by following the confidentiality clause in each agreement.

3. Public disclosure of the redacted portions of the First Amended Complaint would harm the business and competitive positions of MLW and third parties by revealing confidential and competitively sensitive financial and licensing terms, details of confidential licensing negotiations, and business models and strategies. Competitors could use this information to gain an unfair competitive advantage over MLW and third parties. MLW makes this request to protect its own confidential information and in recognition of each licensing agreements' confidentiality provisions.

4. The proposed redacted materials are as follows:

    a. Portions of paragraphs 8, 62, 93, 94, 108, 138, and 140 reflecting the terms of confidential licensing agreements.

    b. Portions of paragraph 97 reflecting the details of confidential licensing negotiations.

5. Compelling reasons exist to seal these narrowly-tailored portions of the First Amended Complaint, which reflect confidential competitive information. *Bunsow De Mory LLP v.*

*N. Forty Consulting LLC*, 2020 WL 7872199, at *1 (N.D. Cal. Sept. 21, 2020) (applying "compelling reasons" standard in granting motion to seal portions of complaint); *see also Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (noting compelling reasons for sealing a judicial record include when a court record discloses "business information that might harm a litigant's competitive standing").

6. The information MLW seeks to seal includes information that the Court previously sealed in this case (ECF 14) on MLW's prior request to seal portions of the original pleading (ECF 4). The previously sealed information now appears in paragraphs 8, 93, 94, 97, 138, and 140 of the First Amended Complaint. The same compelling reasons apply to seal this information now that applied when the Court sealed this information from public disclosure in ECF 14.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 6, 2023 in  Larchmont , New York.

Sarah Z. Bauer

4

DECLARATION OF SARAH Z. BAUER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOT. TO SEAL PORTIONS OF THE FIRST AM. COMPLAINT