Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 5:22-cv-00179-EJD |
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE FIRST AMENDED COMPLAINT** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC. | Action Filed: January 11, 2022 |
| Defendant. | First Amended Complaint: March 6, 2023 |

The Court, having considered Plaintiff MLW Media LLC's ("MLW") Administrative Motion to Seal Portions of the First Amended Complaint ("Motion"), the Declaration of Sarah Z.

Bauer ("Bauer Declaration"), and all other materials presented to the Court, hereby issues the following order with respect to the Motion and those portions of the First Amended Complaint that reflect confidential or otherwise protected business information, which have been redacted in the publicly-filed document and highlighted in the unredacted document lodged with the Court:

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| First Amended Complaint at ¶ 8 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 62 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 93 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 94 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 97 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 108 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 138 | Bauer Declaration ¶¶ 2-4, 6 | |
| First Amended Complaint at ¶ 140 | Bauer Declaration ¶¶ 2-4, 6 | |

**IT IS SO ORDERED.**

Dated: _____        _____
                                  Hon. Edward J. Davila
                                  United States District Judge