Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Attorneys for Plaintiff MLW Media LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MLW MEDIA LLC, | ) | CASE NO. 5:22-cv-00179-EJD |
| Plaintiff, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) ) ) | Action Filed: January 11, 2022 First Amended Complaint: March 6, 2023 |
| Defendant. | ) ) ) ) ) ) | |

Certificate of Service
Case No. 5:22-cv-00179-EJD

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or about March 6, 2023 true and correct copies of Plaintiff's Administrative Motion to File Under Seal Portions of the First Amended Complaint (ECF 63) and the First Amended Complaint (Redacted) (ECF 64) were served via ECF to all counsel of record, and true and correct copies of the documents below were also caused to be served via electronic mail to counsel for defendant World Wrestling Entertainment, Inc., at the following electronic mail addresses: Morgan T. Nickerson <Morgan.Nickerson@klgates.com>; Christopher S. Finnerty <Chris.Finnerty@klgates.com>; Jerry S. McDevitt <Jerry.McDevitt@klgates.com>; Derek W. Kelley <Derek.Kelley@klgates.com>.

1. First Amended Complaint (Redacted) (ECF 64)
2. Exhibit 2: Unredacted Version of First Amended Complaint [Filed Under Seal] (ECF 63-4)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2023 in New York, New York.

*/s/ Christine A. Montenegro*
Christine A. Montenegro (*pro hac vice*)