Daniel W. Fox (SBN 268757)
Jerry S. McDevitt (*pro hac vice*)
jerry.mcdevitt@klgates.com
Christopher S. Finnerty (*pro hac vice*)
chris.finnerty@klgates.com
Morgan T. Nickerson (*pro hac vice*)
morgan.nickerson@klgates.com
Derek W. Kelley (*pro hac vice*)
derek.kelley@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA  94103
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

*Counsel for Defendant*
World Wrestling Entertainment, Inc.

Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
JTakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Counsel for Plaintiff*
MLW Media LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>             Defendant. | Case No.   5:22-cv-00179-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |

## RECITALS

WHEREAS, Plaintiff MLW Media, LLC ("MLW") filed its First Amended Complaint (Dkt. 64) on March 6, 2023;

WHEREAS, Defendant World Wrestling Entertainment, Inc, ("WWE") intends to renew its Motion to Dismiss.

WHEREAS, Defendant WWE's Motion to Dismiss is due March 20, 2023.

WHEREAS, the parties agree to extend the briefing schedule to the following deadlines:

- WWE's Motion to Dismiss is due April 7, 2023;
- MLW's Opposition to WWE's Motion to Dismiss is due May 8, 2023;
- WWE's Reply Brief in Support of Motion to Dismiss is due May 29, 2023;

NOW, THEREFORE, the parties do further stipulate and agree as follows:

## STIPULATION

1. WWE's Motion to Dismiss is due on April 7, 2023.

2. MLW's Opposition to Defendant's Motion to Dismiss is due on May 8, 2023.

3. WWE's Reply Brief in Support of Motion to Dismiss is due on May 29, 2023.

K&L GATES LLP

Dated: March 13, 2023    By: /s/ *Christopher S. Finnerty*

Daniel W. Fox
Jerry S. McDevitt
Christopher S. Finnerty
Morgan T. Nickerson
Derek W. Kelley
*Attorneys for Defendant*
World Wrestling Entertainment, Inc.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE – 5:22-CV-00179-EJD**

314836964.1

KASOWITZ BENSON TORRES LLP

Dated: March 13, 2023            By:  /s/ *Christine A. Montenegro*

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Jason S. Takenouchi (CBN 234835)
Nicholas A. Rendino (*pro hac vice*)

*Attorneys for Plaintiff*
MLW Media LLC

### [PROPOSED] ORDER

The parties' stipulation is approved. Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss is due on April 7, 2023. Plaintiff MLW Media LLC's Opposition to Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss is due on May 8, 2023. Defendant World Wrestling Entertainment, Inc.'s Reply Brief in Support of Motion to Dismiss is due on May 29, 2023.

DATED:_____        _____
                                    Edward J. Davila
                                    United States District Judge