1  Jason S. Takenouchi (CBN 234835)
   **KASOWITZ BENSON TORRES LLP**
2  101 California Street, Suite 3000
   San Francisco, California 94111
3  Telephone: (415) 421-6140
   Fax: (415) 398-5030
4  jtakenouchi@kasowitz.com

5
   Marc E. Kasowitz (*pro hac vice*)
6  Christine A. Montenegro (*pro hac vice*)
   Nicholas A. Rendino (*pro hac vice*)
7  **KASOWITZ BENSON TORRES LLP**
   1633 Broadway
8  New York, New York 10019
   Telephone: (212) 506-1700
9  Fax: (212) 506-1800
10 mkasowitz@kasowitz.com
   cmontenegro@kasowitz.com
11 nrendino@kasowitz.com

12 *Attorneys for Plaintiff MLW Media LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC, | CASE NO. 5:22-cv-00179-EJD |
| Plaintiff, | **DECLARATION OF CHRISTINE A. MONTENEGRO IN SUPPORT OF PLAINTIFF MLW MEDIA LLC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Defendant. | |

DECLARATION OF CHRISTINE A. MONTENEGRO
Case No. 5:22-cv-00179-EJD

I, **CHRISTINE A. MONTENEGRO,** declare as follows:

1. I am a member of the Bar of the State of New York, and a partner with the law firm Kasowitz Benson Torres LLP, counsel for Plaintiff MLW Media LLC ("MLW") in the above-captioned action. On March 18, 2022, I was admitted *pro hac vice* in this action. I submit this declaration in support of MLW's Opposition to Defendant World Wrestling Entertainment, Inc.'s Motion to Dismiss MLW Media LLC's First Amended Complaint, in accordance with Northern District of California Local Rules 7-3 and 7-5. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the publicly filed Annual Report (Form 10-K) of World Wrestling Entertainment, Inc., for the year ended December 31, 2021, as filed with the United States Securities and Exchange Commission on February 3, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2023 in New York, New York.

*/s/ Christine A. Montenegro*
Christine A. Montenegro