# Exhibit A

LATEST   WWE   AEW   NJPW   NXT   IMPACT   ROH   INDY

Sponsored Links



NEWS



AEWrestling/Twitter



# Report: How Much AEW's New TV Deal Is Worth Revealed

## Big Money For AEW In Their New TV Deal

By Aidan Gibbons     |     16 May, 2023 1:30 PM

All Elite Wrestling will be a part of a major announcement on Wednesday, May 17 on TNT and it is expected the creation of AEW Collision, a new Saturday night show from the promotion, will be made official along with the announcement of a new TV deal in the United States between AEW and Warner Bros. Discovery.

The new deal will reportedly give Warner Bros. Discovery exclusive rights to AEW programming in the US, which is why Dark and Dark: Elevation, the promotion's YouTube shows, were recently scrapped.



| LATEST | WWE | AEW | NJPW | NXT | IMPACT | ROH | INDY |

Along with Collision, Keller noted the expectation is a content agreement between AEW and the Max streaming service will be announced. Speculation has suggested that AEW All In could air on Max in the United States to avoid the promotion running two pay-per-views in seven days.

AEW programming has aired on Warner Bros. Discovery networks since 2019. A four-year extension for $175 million was agreed in early 2020.

AEW Dynamite currently airs on Wednesday nights on TBS, while AEW Rampage usually airs on Friday nights on TNT. AEW Collision is expected to air on Saturday nights from 8 pm until 10 pm ET on TNT.

Tags | AEW | Warner Bros. Discovery | Dynamite | Rampage | Collision

**Share this post**

 Previous article                                                                                          Next article 
Talent Added To IMPACT Under Siege Match                          John Cena Addresses His WWE WrestleMania 39 Performance



**Written By Aidan Gibbons**

Editor-in-Chief of Cultaholic.com Twitter: @theaidangibbons



LATEST   WWE   AEW   NJPW   NXT   IMPACT   ROH   INDY



Sponsored Links

AD

report this ad

## Stay Connected

Like    Follow    Subscribe    Follow

## Recommended


NEWS
**Tony Khan Provides Update On AEW All In Ticket Sales**


NEWS
**Kenny Omega Teases Reinforcements For The Elite Following AEW Double Or Nothing**


NEWS
**Adam Cole Vs. Chris Jericho Feud To Continue Beyond AEW Double Or Nothing**


NEWS
**Report: Jade Cargill To Undergo Character Change**


NEWS
**Report: Backstage News On Jamie Hayter Dropping The AEW Women's World Title**


NEWS
**Report: What Talent Have Been Told About The AEW Brand Split Revealed**

## Recent

5/29/23, 3:23 PM                              Report: How Much AEW's New TV Deal Is Worth Revealed | Cultaholic Wrestling

**LATEST**    WWE    AEW    NJPW    NXT    IMPACT    ROH    INDY





NEWS

🗓 29 May, 2023

**Tony Khan Provides Update On AEW All In Ticket Sales**



NEWS

🗓 29 May, 2023

**Kenny Omega Teases Reinforcements For The Elite Following AEW Double Or Nothing**



NEWS

🗓 29 May, 2023

**Adam Cole Vs. Chris Jericho Feud To Continue Beyond AEW Double Or Nothing**



NEWS

🗓 29 May, 2023

**Report: Jade Cargill To Undergo Character Change**

Sponsored Links

report this ad

## RECENT NEWS

## CATEGORIES



**WWE NXT Great American Bash Special Set For July 30**

🗓 29 May, 2023

News

Lists



**Tony Khan Provides Update On AEW All In Ticket Sales**

🗓 29 May, 2023

Features

Quiz



**Kenny Omega Teases Reinforcements For The Elite Following AEW Double Or Nothing**

🗓 29 May, 2023

LATEST    WWE    AEW    NJPW    NXT    IMPACT    ROH    INDY

Home
YouTube
Patreon
Merch
Podcasts
Cameo
Privacy
Careers
Hall Of Fame
Contact



report this ad

