# Exhibit C



  

 **News**



# Fusion now included in FITE+

MLW.com   ⊙ *2 weeks ago*

*Major League Wrestling's action-packed weekly show returns May 25th; Watch it with the best value for Pro Wrestling fans in streaming sports*

New York, NY  (May 16, 2023): **FITE** announced that *MLW Fusion* will now be on FITE+, included as part of the subscription, **starting with the show's season premiere on May 25th.**  The most exciting and reliable streaming platform also recently announced it has become the exclusive home of Major League Wrestling's Premium Live Events, also included with the subscription package.

*Sign up for your  FITE+ subscription now*

"Now MLW fans can get *Fusion* and our Premium Live Events in one place, and with no extra fees," said **MLW Founder and CEO Court Bauer**. "Each week fans can stream our flagship series as well as enjoy our signature events live all conveniently at FITE+."

*MLW Fusion* is known for its incredibly diverse roster, history of finding major talent, and high-flying action. **World Heavyweight Champion Hammerstone, John Hennigan, Davey Boy Smith Jr.**, **Alex Kane, Microman** and **Jacob Fatu** will be the subject of many highlights at the beginning of the season.

As a bonus FITE+ subscribers will enjoy *MLW: Battle RIOT V: Special Edition* streaming this Thursday at 8pm ET.

Fans can now watch FUSION a variety of ways each week:

- Cable TV: beIN SPORTS *Saturdays 10pm ET*
- Streaming: YouTube *Thursdays 8pm ET*
- Streaming: FITE+ *Thursdays 8pm ET*
- FAST Channel: beIN SPORTS XTRA *Fridays 10pm ET*

"Adding *MLW Fusion* to FITE+ is hugely important to what we set out to do – create a one-stop-shop with a low subscription rate for the most exciting promotions in Pro Wrestling and other combat sports," said **Michael Weber, COO of FITE**. "Court is probably the only major wrestling promoter who spent time as a writer at WWE – and in Fusion you can see that influence week after week in the storylines and the action."

FITE+, the Best Value in Combat Sports, is only $7.99 monthly and $69.99 yearly. New customers can enjoy a 7-day free trial. Subscribers get a special selection of premium events from pro wrestling promotions including Insane Championship Wrestling and more; as well as the ultra *red-hot* Bare Knuckle Fighting Championship events and other leaders  boxing, MMA and grappling and promotions like Triller Fight Club, Fight2Win, SlapFight Championship, and Shamrock FC.. The subscription also offers unlimited on-demand access to the entire FITE+ library with over 4000 hours from more than 100 organizations from around the world.

*Subscribe to FITE+ now and be ready for the MLW Fusion debut May 26th and the Premuim Live Event Never Say Never on July 8th!*

**1**
Shares

🐦 **Tweet**       ⬤ **Share**       ⬤ **Share**       📌 **Pin it** 1       ✉ **Share**

⬤ **Share**                                      ⬤ **Share**

Next Post ❯

MLWShop.com   News

## MLW Hardcore Tee | MLWshop.com

◷ *Wed May 17 , 2023*

*New merch drop at MLWShop.com. Total 1 Shares Tweet 0 Share 0 Share 0 Pin it 1 Share 0 Share 0 Share 0*





Tweets by MLW

   



Jobs
Store
Fighting Styles
Press Credentials



NEWS /    WATCH /    EVENTS /    FIGHTERS /    SHOP /    LICENSING /    MORE /    SOCIAL

Copyright © 2002-2023 MLW. All Rights Reserved.