# Exhibit D



        

**News**

# MLW premium live events now exclusively on FITE+

MLW.com  ⏱ 4 weeks ago

> *MLW goes LIVE July 8 worldwide only on FITE+*

*Court Bauer's MLW is moving all of its epic premium live events to a new home on FITE's subscription service, making its hybrid wrestling more accessible worldwide.*

New York, NY  (May 2, 2023): FITE announced that all of Major League Wrestling's (MLW) premium live shows will now be exclusively shown on FITE+, included as part of the subscription. The promotion joins the rapidly expanding world of live and on demand content on the most exciting and reliable streaming platform. The first MLW event on FITE+ will be Never Say Never '23 on July 8th, live from Philadelphia.

Sign up for your  FITE+ subscription now

"To have MLW's premium live events available – for no extra cost –  on FITE+ gives fans maximum quality and value, which is what we're both about," said MLW Founder and CEO Court Bauer. "We're going to be an amazing tag team and the winners are the fans."

MLW features an electrifying mix of world class fighters including MLW World Champion Alex Hammerstone, John Hennigan, Jacob Fatu, Alex Kane and the Bomaye Fight Club, Delmi Exo, "The World's Greatest Wonder" Microman and more.

MLW wrestlers have distinct backgrounds with rich cultural connections making their journeys relatable and authentic to viewers. MLW also features the next generation of some of the most iconic wrestling families in the sport including the Samoan Dynasty, the "British Bulldog" Davey Boy Smith Jr. and more.

Watch the video promo for Never Say Never '23 now

"Starting a little over 20 years ago, Court has delivered on everything pro-wrestling is meant to be," said Michael Weber, COO of FITE. "Mixing styles and talents to create something you can't take your eyes off of. If you think about talent like Satoshi Kojima, CM Punk, Terry Funk or even MJF and Tom Lawlor having spent time at MLW, you know you cannot risk missing out on what comes next."

FITE+, the Best Value in Combat Sports, is only $7.99 monthly and $69.99 yearly. New customers can enjoy a 7-day free trial. Subscribers get a special selection of premium events from pro wrestling promotions including Insane Championship Wrestling and more; as well as leaders in boxing, MMA and grappling and promotions like Triller Fight Club, Fight2Win, SlapFight Championship, Shamrock FC, and the ultra red-hot Bareknuckle Boxing Championship events. The subscription also offers unlimited on-demand access to the entire FITE+ library with over 4000 hours from more than 100 organizations from around the world.

Subscribe to FITE+ now and be ready for MLW Never Say Never on July 8th!

**About Major League Wrestling:**

Major League Wrestling (MLW®) is a sports media holding company, offering television content, action figures, apparel, live events, and ancillary entertainment. MLW operates live events in major markets throughout the United States and Mexico, including New York, Philadelphia, Dallas, and Tijuana. One of the fastest growing wrestling leagues today, MLW programming is available in over 60 countries worldwide, including its new series MLW Underground Wrestling on REELZ in the United States airing Tuesdays at 10pm ET / 7pm PT; and MLW Fusion on beIN Sports in the U.S. and Ayozat TV on SKY in the United Kingdom.

For more information visit MLW.com and follow MLW on Twitter, Instagram and Facebook.

**About FITE:**
FITE by Triller is the premium global platform for live sports and entertainment offering many of the industry's marquee PPV events to more than 7M registered users. Additionally, FITE offers exclusive subscription packages such as AEW Plus in select regions, and FITE+, the Best Value in Combat Sports, worldwide. Consumers can stream FITE globally through its iOS and Android mobile apps, Apple TV, Android TV, ROKU, Amazon Fire TV and Huawei apps. In addition, FITE supports Samsung, LG, Cox Contour, Vizio SmartCast™, Virgin Media, Shaw Communications; Blue Curve IPTV, Foxxum, Chromecast, PS4, XBOX, ZEASN, Netrange, Vidaa/Hisense, VEWD/TiVO,

Netgem TV, Comcast's Xfinity 1 and Xfinity Flex, as well as more than 7,000 models of Smart TVs.

FITE also offers a free ad-supported FAST channel called FITE 24/7 both on and off platform.

Visit FITE online at www.FITE.tv.

Follow us on Twitter, Instagram, YouTube, LinkedIN, and Facebook.

FITE is owned by TrillerVerz Corp.

1 Shares    Tweet    Share    Share    Pin it 1    Share

Share    Share

Next Post

News

## Underground Recap: The Calling Continues To Cause Chaos

Tue May 2, 2023

It's the season finale of MLW Underground, but it's just the beginning for BOMAYE Fight Club as Alex Kane was the lone man standing tall after surviving 40 other fighters last week to earn his Golden Ticket against the World Champion Alex Hammerstone! We start the show off with Kane [...]





Tweets by MLW

   



Jobs
Store
Fighting Styles
Press Credentials



NEWS /    WATCH /    EVENTS /    FIGHTERS /    SHOP /    LICENSING /    MORE /    SOCIAL

Copyright © 2002-2023 MLW. All Rights Reserved.