# Exhibit A

AD

**Sponsored Links**





NEWS

[AEWrestling/Twitter](#)

AD


# Report: How Much AEW's New TV Deal Is Worth Revealed

## Big Money For AEW In Their New TV Deal

By Aidan Gibbons　　　16 May, 2023 1:30 PM

All Elite Wrestling will be a part of a major announcement on Wednesday, May 17 on TNT and it is expected the creation of AEW Collision, a new Saturday night show from the promotion, will be made official along with the [announcement of a new TV deal](#) in the United States between AEW and Warner Bros. Discovery.

The new deal will reportedly give Warner Bros. Discovery exclusive rights to AEW programming in the US, which is why Dark and Dark: Elevation, the promotion's YouTube shows, were recently scrapped.

Rumours had suggested AEW's TV deal will be worth $1 billion but estimates don't appear to have been high enough. According to Wade Keller of [PWTorch](#), AEW's new deal with Warner Bros. Discovery is expected to be worth approximately $240 million per year over five years, bringing the total sum to $1.2 billion. On average, the deal will bring in $4.6 million per week for All Elite Wrestling.



LATEST    WWE    AEW    NJPW    NXT    IMPACT    ROH    INDY

AEW programming has aired on Warner Bros. Discovery networks since 2019. A four-year extension for $175 million was agreed in early 2020.

AEW Dynamite currently airs on Wednesday nights on TBS, while AEW Rampage usually airs on Friday nights on TNT. AEW Collision is expected to air on Saturday nights from 8 pm until 10 pm ET on TNT.

Tags | AEW | Warner Bros. Discovery | Dynamite | Rampage | Collision

**Share this post**

Google Bookmark    Facebook    Twitter    Print    More  1

**‹ Previous article**
Talent Added To IMPACT Under Siege Match

**Next article ›**
John Cena Addresses His WWE WrestleMania 39 Performance



Written By **Aidan Gibbons**

Editor-in-Chief of Cultaholic.com Twitter: @theaidangibbons



**Recommended for you**

| LATEST | WWE | AEW | NJPW | NXT | IMPACT | ROH | INDY |

| Like | Follow | Subscribe | Follow |

## Recommended


**NEWS**
Report: Update On MJF's Injury Following AEW Double Or Nothing


**NEWS**
MJF Teases Retirement Following AEW Double Or Nothing


**NEWS**
Report: AEW Holds Mandatory Meeting About Media Literacy & PR Ahead Of Double Or Nothing


**NEWS**
Tony Khan Provides Update On AEW All In Ticket Sales


**NEWS**
Kenny Omega Teases Reinforcements For The Elite Following AEW Double Or Nothing


**NEWS**
Adam Cole Vs. Chris Jericho Feud To Continue Beyond AEW Double Or Nothing

## Recent





NEWS

 30 May, 2023

Report: Backstage Reaction To WWE NXT Battleground Revealed



NEWS

 30 May, 2023

Report: Top NXT Stars Set To Be Called Up To The WWE Main Roster



NEWS

 30 May, 2023

Report: Update On MJF's Injury Following AEW Double Or Nothing



NEWS

 30 May, 2023

Ricochet & Shinsuke Nakamura Qualify For Men's WWE Money In The Bank Ladder Match

Sponsored Links

report this ad

## RECENT NEWS



Report: WWE Talent 'On Guard' About Vince McMahon Appearing At TV Tapings

 30 May, 2023



Report: Backstage Reaction To WWE NXT Battleground Revealed

 30 May, 2023



Report: Top NXT Stars Set To Be Called Up To The WWE Main Roster

 30 May, 2023

## CATEGORIES

News

Lists

Features

Quiz

LATEST    WWE    AEW    NJPW    NXT    IMPACT    ROH    INDY

Home
YouTube
Patreon
Merch
Podcasts
Cameo
Privacy
Careers
Hall Of Fame
Contact

