| | |
|---|---|
| Daniel W. Fox (SBN 268757)<br>Jerry S. McDevitt (*pro hac vice*)<br>jerry.mcdevitt@klgates.com<br>Christopher S. Finnerty (*pro hac vice*)<br>chris.finnerty@klgates.com<br>Morgan T. Nickerson (*pro hac vice*)<br>morgan.nickerson@klgates.com<br>Derek W. Kelley (*pro hac vice*)<br>derek.kelley@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94103<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>*Counsel for Defendant*<br>World Wrestling Entertainment, Inc. | Jason S. Takenouchi (CBN 234835)<br>**Kasowitz Benson Torres LLP**<br>101 California Street, Suite 3000<br>San Francisco, California 94111<br>Telephone: (415) 421-6140<br>Fax: (415) 398-5030<br>JTakenouchi@kasowitz.com<br><br>Marc E. Kasowitz (*pro hac vice*)<br>Christine A. Montenegro (*pro hac vice*)<br>Nicholas A. Rendino (*pro hac vice*)<br>**Kasowitz Benson Torres LLP**<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Fax: (212) 506-1800<br>mkasowitz@kasowitz.com<br>cmontenegro@kasowitz.com<br>nrendino@kasowitz.com<br><br>*Counsel for Plaintiff*<br>MLW Media LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLW MEDIA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | Case No.　5:22-cv-00179-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATE** |

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING – 5:22-CV-00179-EJD**

## RECITALS

WHEREAS, Plaintiff MLW Media, LLC ("MLW") filed its First Amended Complaint (Dkt. 64) on March 6, 2023;

WHEREAS, Defendant World Wrestling Entertainment, Inc, ("WWE") filed its Motion to Dismiss the Plaintiff's First Amended Complaint ("Motion to Dismiss") on April 7, 2023 and reserved a hearing date for July 20, 2023 (Dkt. 68).

WHEREAS, on May 17, 2023 the Court advanced the hearing date for WWE's Motion to Dismiss to June 15, 2023 (Dkt. 70).

WHEREAS, counsel for WWE are unavailable on June 15, 2023.

WHEREAS, the parties have agreed on their availability for a hearing on July 20, 2023 at 9 A.M. and have confirmed that date's availability with the Judicial Clerk and Deputy of the Court.

NOW, THEREFORE, the parties do further stipulate and agree as follows:

## STIPULATION

1. The hearing date for WWE's Motion to Dismiss shall be rescheduled from June 15, 2023 to July 20, 2023 at 9:00 A.M.

K&L GATES LLP

Dated: June 2, 2023                By:  /s/ *Christopher S. Finnerty*

Daniel W. Fox
Jerry S. McDevitt
Christopher S. Finnerty
Morgan T. Nickerson
Derek W. Kelley
*Attorneys for Defendant*
World Wrestling Entertainment, Inc.

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING – 5:22-CV-00179-EJD**

KASOWITZ BENSON TORRES LLP

Dated: June 2, 2023

By: /s/ *Christine A. Montenegro*

Marc E. Kasowitz (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Jason S. Takenouchi (CBN 234835)
Nicholas A. Rendino (*pro hac vice*)

*Attorneys for Plaintiff*
MLW Media LLC

## [PROPOSED] ORDER

The parties' stipulation is approved. The hearing date for WWE's Motion to Dismiss the Plaintiff's First Amended Complaint shall be rescheduled from June 15, 2023 to July 20, 2023 at 9:00 A.M.

DATED:_____

_____
Edward J. Davila
United States District Judge