1  Walter F. Brown (SBN: 130248)
   wbrown@paulweiss.com
2  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
3  535 Mission Street, 24th Floor
   San Francisco, CA 94105
4  Telephone: (628) 432-5100
   Facsimile:  (628) 232-3101
5
6  Karen L. Dunn (*pro hac vice* forthcoming)
   kdunn@paulweiss.com
7  William A. Isaacson (*pro hac vice* forthcoming)
   wisaacson@paulweiss.com
8  **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
9  2001 K Street, NW
   Washington, DC 20006
10 Telephone: (202) 223-7300
   Facsimile:  (202) 223-7420
11
12 William Michael (*pro hac vice* forthcoming)
   wmichael@paulweiss.com
13 Brette M. Tannenbaum (*pro hac vice* forthcoming)
   btannenbaum@paulweiss.com
14 **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
   1285 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 373-3000
16 Facsimile: (212) 757-3990

17 *Attorneys for Defendant World Wrestling Entertainment, Inc.*

18                          **UNITED STATES DISTRICT COURT**
19                         **NORTHERN DISTRICT OF CALIFORNIA**
20                                **SAN JOSE DIVISION**
21

22 | MLW Media LLC, | Case No. 5:22-cv-179-EJD |
|---|---|
| *Plaintiff*, | **DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S SUBSTITUTION OF COUNSEL** |
| v. | |
| World Wrestling Entertainment, Inc., | The Hon. Edward J. Davila |
| *Defendant*. | |

TO ALL PARTIES AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that defendant WORLD WRESTLING ENTERTAINMENT, INC. hereby substitutes PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP as counsel of record in the above-captioned case in place of K&L GATES LLP.  The office addresses, telephone and facsimile numbers of substituted counsel are:

> Walter F. Brown (SBN: 130248)
> wbrown@paulweiss.com
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 535 Mission Street, 24th Floor
> San Francisco, CA 94105
> Telephone: (628) 432-5100
> Facsimile:  (628) 232-3101
>
> Karen L. Dunn (*pro hac vice* forthcoming)
> kdunn@paulweiss.com
> William A. Isaacson (*pro hac vice* forthcoming)
> wisaacson@paulweiss.com
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 2001 K Street, NW
> Washington, DC 20006
> Telephone: (202) 223-7300
> Facsimile:  (202) 223-7420
>
> William Michael (*pro hac vice* forthcoming)
> wmichael@paulweiss.com
> Brette M. Tannenbaum (*pro hac vice* forthcoming)
> btannenbaum@paulweiss.com
> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
> 1285 Avenue of the Americas
> New York, NY 10019
> Telephone: (212) 373-3000
> Facsimile:  (212) 757-3990

Defendant further requests that all future pleadings be served on PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP.

Additionally, please remove Daniel W. Fox, Jerry S. McDevitt, Christopher S. Finnerty, Morgan T. Nickerson, and Derek W. Kelley of K&L GATES LLP as counsel of record.

|   |   |   |
|---|---|---|
| Dated: July 5, 2023 |  | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By: */s/ Walter F. Brown*
Walter F. Brown

*Attorney for Defendant World Wrestling Entertainment, Inc.*

K&L GATES LLP consents to this substitution.

Dated: July 5, 2023         By: */s/ Jerry S. McDevitt*
Jerry S. McDevitt

WORLD WRESTLING ENTERTAINMENT, INC. consents to this substitution.

Dated: July 5, 2023         By: */s/ Maurice Edelson*
Maurice Edelson,
Chief Legal Officer, World Wide Wrestling Entertainment Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP consents to this substitution.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 5, 2023         By: */s/ Walter F. Brown*
Walter F. Brown