1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MLW Media LLC, | Case No. 5:22-cv-179-EJD |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S SUBSTITUTION OF COUNSEL** |
| v. | |
| World Wrestling Entertainment, Inc., | The Hon. Edward J. Davila |
| *Defendant*. | |

The Substitution of Counsel submitted by Defendant World Wrestling Entertainment, Inc., on July 5, 2023, is hereby approved and accepted.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable Edward J. Davila