**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MLW Media LLC,<br>*Plaintiff*,<br>v.<br>World Wrestling Entertainment, Inc.,<br>*Defendant*. | Case No. 5:22-cv-179-EJD<br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S SUBSTITUTION OF COUNSEL**<br>The Hon. Edward J. Davila |

The Substitution of Counsel submitted by Defendant World Wrestling Entertainment, Inc., on July 5, 2023, is hereby approved and accepted.

**IT IS SO ORDERED.**

Dated: July 5, 2023

The Honorable Edward J. Davila