Jason S. Takenouchi (CBN 234835)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
JTakenouchi@kasowitz.com

Marc E. Kasowitz (*pro hac vice*)
Hector Torres (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com

*Counsel for Plaintiff*
MLW Media LLC

Walter F. Brown (SBN 130248)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Fax: (628) 232-3101
wbrown@paulweiss.com

Karen L. Dunn (*pro hac vice pending*)
William A. Isaacson (*pro hac vice pending*)
1001 K Street NW
Washington, D.C.
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com

William B. Michael (*pro hac vice pending*)
Brette Tannenbaum (*pro hac vice pending*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendant*
World Wrestling Entertainment, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | CASE NO. 5:22-cv-00179-EJD<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO LIFT STAY OF DISCOVERY**<br>**AND AMENDING CASE MANAGEMENT**<br>**ORDER**<br><br>**\* AS MODIFIED\***<br><br>Action Filed: January 11, 2022 |

**STIPULATION AND [~~PROPOSED~~ ORDER] TO LIFT STAY OF DISCOVERY AND**
**AMENDING CASE MANAGEMENT ORDER**
Case No. 5:22-cv-00179-EJD

**RECITALS**

WHEREAS, the Parties submitted a Joint Rule 26(f) Report, with an agreed-upon schedule for discovery and pre-trial motion practice;

WHEREAS, the Court issued a Case Management Order (ECF 49) on December 13, 2022;

WHEREAS, the Court granted Defendant World Wrestling Entertainment, Inc's ("WWE") Motion to Dismiss Plaintiff's ("MLW") complaint and granted MLW leave to amend its complaint on February 13, 2023, and issued a discovery stay in this action (ECF 62);

WHEREAS, Defendant WWE's Motion to Dismiss Plaintiff MLW's First Amended Complaint ("Motion") was denied on June 15, 2023 (ECF 78);

WHEREAS, given the disposition of the Motion, the reasons for staying discovery are no longer applicable;

WHEREAS, WWE and MLW agreed to new deadlines consistent with the Court's Case Management Order for fact and expert discovery, and dispositive motions;

NOW, THEREFORE, the parties do further stipulate and respectfully request that:

**STIPULATION**

1. The parties hereby stipulate to lift the discovery stay originally imposed by the Court on February 13, 2023 (ECF 62).

2. The parties respectfully request the Court to adopt the following proposed revised case management schedule:

2

**STIPULATION AND [~~PROPOSED~~ ORDER] TO LIFT STAY OF DISCOVERY AND AMENDING CASE MANAGEMENT ORDER**
Case No. 5:22-cv-00179-EJD

| EVENT | DEADLINE |
|---|---|
| Joint Trial Setting Conference Statement | ~~June 17, 2024~~ January 17, 2025 |
| Trial Setting Conference | ~~June 27, 2024~~ January 30, 2025 at 11:00 a.m. |
| Fact Discovery Cutoff | July 31, 2024 |
| Designation of Plaintiff's Opening Experts with Reports | August 30, 2024 |
| Designation of Defendant's Rebuttal Experts with Reports | ~~October 14, 2024~~ October 16, 2024 |
| Last Day for Plaintiff to Serve Reply Expert Reports | November 27, 2024 |
| Expert Discovery Cutoff | ~~January 12, 2025~~ January 13, 2025 |
| Deadline for Filing Dispositive Motions | February 11, 2025 |
| Deadline for Filing Oppositions to Dispositive Motions | March 31, 2025 |
| Deadline for Filing Replies to Dispositive Motions | April 28, 2025 |
| Hearing on Anticipated Dispositive Motion(s)[1] | June 5, 2025 at 9:00 a.m. ~~May 22, 2025 at 9:00 a.m.~~ |

---

[1] The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

3

**STIPULATION AND [~~PROPOSED~~ ORDER] TO LIFT STAY OF DISCOVERY AND AMENDING CASE MANAGEMENT ORDER**
Case No. 5:22-cv-00179-EJD

|   |   |   |
|---|---|---|
|   |   | KASOWITZ BENSON TORRES LLP |
| Dated: July 6, 2023 | By: | /s/ *Christine A. Montenegro* |
|   |   | Marc E. Kasowitz (*pro hac vice*) |
|   |   | Hector Torres (*pro hac vice*) |
|   |   | Christine A. Montenegro (*pro hac vice*) |
|   |   | Jason S. Takenouchi (CBN 234835) |
|   |   | Nicholas A. Rendino (*pro hac vice*) |
|   |   | *Counsel for Plaintiff* MLW Media LLC |

|   |   |   |
|---|---|---|
|   |   | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Dated: July 6, 2023 | By: | /s/ *Walter F. Brown* |
|   |   | Walter F. Brown (SBN 130248) |
|   |   | Karen L. Dunn (*pro hac vice pending*) |
|   |   | William A. Isaacson (*pro hac vice pending*) |
|   |   | William B. Michael (*pro hac vice pending*) |
|   |   | Brette Tannenbaum (*pro hac vice pending*) |
|   |   | *Counsel for Defendant* World Wrestling Entertainment, Inc. |

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

DATED: July 6, 2023

Edward J. Davila
United States District Judge

**STIPULATION AND [~~PROPOSED~~ ORDER] TO LIFT STAY OF DISCOVERY AND AMENDING CASE MANAGEMENT ORDER**
Case No. 5:22-cv-00179-EJD