| | |
|---|---|
| Jason S. Takenouchi (SBN 234835) | Walter F. Brown (SBN 130248) |
| **KASOWITZ BENSON TORRES LLP** | wbrown@paulweiss.com |
| 101 California Street, Suite 3950 | **PAUL, WEISS, RIFKIND, WHARTON &** |
| San Francisco, California 94111 | **GARRISON LLP** |
| Tel.: (415) 421-6140 | 535 Mission Street, 24th Floor |
| Fax: (415) 398-5030 | San Francisco, CA 94105 |
| jtakenouchi@kasowitz.com | Telephone: (628) 432-5100 |
| | Facsimile: (628) 232-3101 |
| Marc E. Kasowitz (*pro hac vice*) | |
| Hector J. Torres (*pro hac vice*) | Karen L. Dunn (admitted *pro hac vice*) |
| Christine A. Montenegro (*pro hac vice*) | kdunn@paulweiss.com |
| Nicholas A. Rendino (*pro hac vice*) | William Isaacson (admitted *pro hac vice*) |
| Joshua E. Roberts (*pro hac vice*) | wisaacson@paulweiss.com |
| **KASOWITZ BENSON TORRES LLP** | **PAUL, WEISS, RIFKIND, WHARTON &** |
| 1633 Broadway | **GARRISON LLP** |
| New York, New York 10019 | 2001 K Street, NW |
| Tel.: (212) 506-1700 | Washington, DC 20006 |
| Fax: (212) 506-1800 | Telephone: (202) 223-7300 |
| mkasowitz@kasowitz.com | Facsimile: (202) 223-7420 |
| htorres@kasowitz.com | |
| cmontenegro@kasowitz.com | William Michael (admitted *pro hac vice*) |
| nrendino@kasowitz.com | wmichael@paulweiss.com |
| jroberts@kasowitz.com | Brette Tannenbaum (admitted *pro hac vice*) |
| | btannenbaum@paulweiss.com |
| *Counsel for Plaintiff MLW Media LLC* | **PAUL, WEISS, RIFKIND, WHARTON &** |
| | **GARRISON LLP** |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | |
| | *Counsel for Defendant World Wrestling Entertainment, Inc* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC, | Case No: 5:22-cv-00179-EJD |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| WORLD WRESTLING ENTERTAINMENT, INC. | |
| Defendant. | |

In accordance with the Court's Standing Order for Civil Cases, Section IV.F.1, Plaintiff MLW Media LLC and Defendant World Wrestling Entertainment, Inc. (together, the "Parties"), hereby submit this Notice of Settlement to notify the Court that the Parties have settled this action. The Parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next thirty (30) days.

Dated: December 11, 2023

**KASOWITZ BENSON TORRES LLP**

By: /s/ *Christine A. Montenegro*

Marc E. Kasowitz (*pro hac vice*)
Hector J. Torres (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
Joshua E. Roberts (*pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
htorres@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com
jroberts@kasowitz.com

Jason S. Takenouchi (SBN 234835)
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

*Counsel for Plaintiff MLW Media LLC*

| | |
|---|---|
| 1 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 2 | |
| 3 | By: */s/ Karen L. Dunn* |
| 4 | Walter F. Brown (SBN: 130248)<br>wbrown@paulweiss.com |
| 5 | 535 Mission Street, 24th Floor<br>San Francisco, CA 94105 |
| 6 | Telephone:  (628) 432-5100<br>Facsimile: (628) 232-3101 |
| 7 | Karen L. Dunn (admitted *pro hac vice*) |
| 8 | kdunn@paulweiss.com<br>William A. Isaacson (admitted *pro hac vice*) |
| 9 | wisaacson@paulweiss.com<br>2001 K Street, NW |
| 10 | Washington, DC 20006<br>Telephone: (202) 223-7300 |
| 11 | Facsimile:  (202) 223-7420 |
| 12 | William Michael (admitted *pro hac vice*)<br>wmichael@paulweiss.com |
| 13 | Brette M. Tannenbaum (admitted *pro hac vice*)<br>btannenbaum@paulweiss.com |
| 14 | 1285 Avenue of the Americas<br>New York, NY 10019 |
| 15 | Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| 16 | |
| 17 | *Attorneys for Defendant World Wrestling Entertainment, Inc.* |

**FILER'S ATTESTATION**

I, Karen L. Dunn, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 11, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Karen L. Dunn*
Karen L. Dunn