| | |
|---|---|
| Jason S. Takenouchi (SBN 234835) **KASOWITZ BENSON TORRES LLP** 101 California Street, Suite 3950 San Francisco, California 94111 Tel.: (415) 421-6140 Fax: (415) 398-5030 jtakenouchi@kasowitz.com  Marc E. Kasowitz (*pro hac vice*) Hector J. Torres (*pro hac vice*) Christine A. Montenegro (*pro hac vice*) Nicholas A. Rendino (*pro hac vice*) Joshua E. Roberts (*pro hac vice*) **KASOWITZ BENSON TORRES LLP** 1633 Broadway New York, New York 10019 Tel.: (212) 506-1700 Fax: (212) 506-1800 mkasowitz@kasowitz.com htorres@kasowitz.com cmontenegro@kasowitz.com nrendino@kasowitz.com jroberts@kasowitz.com  *Counsel for Plaintiff MLW Media LLC* | Walter F. Brown (SBN 130248)  wbrown@paulweiss.com **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** 535 Mission Street, 24th Floor San Francisco, CA 94105 Telephone: (628) 432-5100 Facsimile: (628) 232-3101  Karen L. Dunn (admitted *pro hac vice*)  kdunn@paulweiss.com William Isaacson (admitted *pro hac vice*)  wisaacson@paulweiss.com **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** 2001 K Street, NW Washington, DC 20006 Telephone: (202) 223-7300 Facsimile: (202) 223-7420  William Michael (admitted *pro hac vice*)  wmichael@paulweiss.com Brette Tannenbaum (admitted *pro hac vice*)  btannenbaum@paulweiss.com **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** 1285 Avenue of the Americas New York, NY 10019 Telephone: (212) 373-3000 Facsimile: (212) 757-3990  *Counsel for Defendant World Wrestling Entertainment, Inc* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MLW MEDIA LLC,  Plaintiff,  v.  WORLD WRESTLING ENTERTAINMENT, INC.  Defendant. | Case No: 5:22-cv-00179-EJD  **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. 5:22-cv-00179-EJD

Whereas Plaintiff MLW Media LLC and Defendant World Wrestling Entertainment, Inc. (together, the "Parties"), have entered into a Settlement Agreement in which they agree to dismiss the above-captioned matter, and all claims alleged therein, in their entirety, with prejudice;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their undersigned counsel of record, that the above-captioned matter shall be voluntarily dismissed, in its entirety, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: December 22, 2023

**KASOWITZ BENSON TORRES LLP**

By: */s/ Christine A. Montenegro*

Marc E. Kasowitz (*pro hac vice*)
Hector J. Torres (*pro hac vice*)
Christine A. Montenegro (*pro hac vice*)
Nicholas A. Rendino (*pro hac vice*)
Joshua E. Roberts (*pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
htorres@kasowitz.com
cmontenegro@kasowitz.com
nrendino@kasowitz.com
jroberts@kasowitz.com

Jason S. Takenouchi (SBN 234835)
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (415) 421-6140
Fax: (415) 398-5030
jtakenouchi@kasowitz.com

*Counsel for Plaintiff MLW Media LLC*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Walter F. Brown*

Walter F. Brown (SBN: 130248)
wbrown@paulweiss.com
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Karen L. Dunn (admitted *pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (admitted *pro hac vice*)
wisaacson@paulweiss.com
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

William Michael (admitted *pro hac vice*)
wmichael@paulweiss.com
Brette M. Tannenbaum (admitted *pro hac vice*)
btannenbaum@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

**[PROPOSED] ORDER**

The Court has received and reviewed the Parties' Stipulation for Dismissal with Prejudice. Based upon that Stipulation, IT IS HEREBY ORDERED that the above-captioned Action and Plaintiff MLW Media LLC's claims are hereby DISMISSED WITH PREJUDICE, with each Party to bear its own costs and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date _____        _____
                                    The Honorable Edward J. Davila
                                    United States District Judge

**FILER'S ATTESTATION**

I, Walter F. Brown, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: December 22, 2023

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Walter F. Brown*
Walter F. Brown